UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DUNTRELL CALDERON,

                         Plaintiff,

        -against-

METROPOLITAN TRANSPORATION
AUTHORITY (MTA); LONG ISLAND
RAIL ROAD (LIRR); JANE DOE, LIRR
Employee,

                         Defendants.

1:26-CV-2253 (ALC)

ORDER OF SERVICE

ANDREW L. CARTER JR., United States District Judge:

Plaintiff Duntrell Calderon brings this action *pro se*, asserting claims under the

Americans with Disabilities Act ("ADA"), 42 U.S.C. § 1983, and the New York State Human

Rights Law ("NYSHRL") seeking damages. He sues: (1) the Metropolitan Transportation

Authority ("MTA"); (2) the Long Island Rail Road ("LIRR"); and (3) an unidentified "Jane Doe"

LIRR employee. The Court construes Plaintiff's complaint as asserting claims under Title II of

the ADA, the Rehabilitation Act, 42 U.S.C. § 1983, the NYSHRL, and the New York City

Human Rights Law.

On March 25, 2026, the court granted Plaintiff leave to proceed in this action without

prepayment of fees, that is, *in forma pauperis* ("IFP"). The Court directs service on the MTA and

the LIRR. The Court also directs counsel for the MTA and the LIRR to provide to Plaintiff and to

the Court the identity and service address of the unidentified "Jane Doe" defendant.

**DISCUSSION**

**A.      Service on the MTA and the LIRR**

Because Plaintiff has been granted permission to proceed IFP, he is entitled to rely on the

Court and the United States Marshals Service ("USMS") to effect service on the MTA and the

LIRR.[1] *Walker v. Schult*, 717 F.3d. 119, 123 n.6 (2d Cir. 2013); *see also* 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all process . . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (the court must order the USMS to serve if the plaintiff is authorized to proceed IFP).

To allow Plaintiff to effect service on the MTA and the LIRR through the USMS, the Clerk of Court is instructed to fill out a USMS Process Receipt and Return form ("USM-285 form") for each of these defendants. The Clerk of Court is further instructed to issue summonses for these defendants and deliver to the USMS all the paperwork necessary for the USMS to effect service upon these defendants.

If the complaint is not served upon the MTA and the LIRR within 90 days after the date that the summonses for these defendants are issued, Plaintiff should request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is the plaintiff's responsibility to request an extension of time for service).

Plaintiff must notify the Court in writing if his mailing address changes, and the Court may dismiss this action if he fails to do so.

## B.    The unidentified "Jane Doe" defendant

Under *Valentin v. Dinkins*, a *pro se* litigant is entitled to assistance from the district court in identifying an unidentified defendant and a defendant's service address. 121 F.3d 72, 76 (2d Cir. 1997). In the complaint, Plaintiff supplies sufficient information to allow the MTA and the LIRR to ascertain the identity and service address of the unidentified "Jane Doe" defendant; that

---

[1]Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a summons be served within 90 days of the date that the complaint is filed, Plaintiff is proceeding IFP and could not have effected service on the MTA and the LIRR until the Court reviewed the complaint and ordered that summonses be issued for these defendants The Court therefore extends the time to serve these defendants until 90 days after the date that summonses for these defendants issue.

person is the LIRR employee who ordered Plaintiff to leave an LIRR train at Grand Central Terminal on a Wednesday, perhaps, on or about March 18, 2026. It is therefore ordered that counsel for the MTA and the LIRR must determine the identity and service address of the unidentified "Jane Doe" defendant. Counsel for the MTA and the LIRR must provide this information to Plaintiff and to the Court within 60 days of the date of this order.

Within 30 days of receiving this information, Plaintiff must file an amended complaint naming the newly identified individual as a defendant and providing their service address. The amended complaint will replace, not supplement, the original complaint. An amended complaint form that Plaintiff should complete is attached to this order. Once Plaintiff has filed an amended complaint, the Court will screen the amended complaint and, if necessary, issue an order directing service on the newly identified defendant.

### CONCLUSION

The Court directs the Clerk of Court to mail an information package to Plaintiff.

The Court also directs the Clerk of Court to: (1) issue summonses for the Metropolitan Transportation Authority and the Long Island Rail Road; (2) complete USM-285 forms with the service addresses for these defendants; and (3) deliver all documents necessary to effect service of summonses and the complaint on these defendants to the United States Marshals Service.

The Court further directs the Clerk of Court to mail copies of this order and copies of the complaint to the following addresses: (1) Metropolitan Transportation Authority, Legal Department, 2 Broadway, 4th Floor, New York, New York 10004; and (2) Long Island Rail Road, Legal Department, 2 Broadway, 4th Floor, New York, New York 10004.

The Court directs counsel for the abovementioned defendants, within 60 days of the date of this order, to provide to Plaintiff and to the Court the identity and service address of the unidentified "Jane Doe" defendant.

An amended complaint form is attached to this order.

SO ORDERED.

Dated:    June 15, 2025
          New York, New York

_____
          ANDREW L. CARTER JR.
          United States District Judge

4

**SERVICE ADDRESSES FOR DEFENDANTS**

1.  Metropolitan Transportation Authority
    Legal Department
    2 Broadway
    4th Floor
    New York, New York 10004

2.  Long Island Rail Road
    Legal Department
    2 Broadway
    4th Floor
    New York, New York 10004

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

Write the full name of each plaintiff.

_____CV_____
(Include case number if one has been assigned)

-against-

**AMENDED**

_____

_____

**COMPLAINT**

Do you want a jury trial?
☐ Yes     ☐ No

_____

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

---

Rev. 2/10/17

## I.   BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☐    **Federal Question**

☐    **Diversity of Citizenship**

## A.  If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

_____

_____

_____

_____

## B.  If you checked Diversity of Citizenship

### 1.  Citizenship of the parties

Of what State is each party a citizen?

The plaintiff , _____ , is a citizen of the State of
       (Plaintiff's name)

_____

(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____ .

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

Page 2

If the defendant is an individual:

The defendant, _____ , is a citizen of the State of
(Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____ .

If the defendant is a corporation:

The defendant, _____ , is incorporated under the laws of

the State of _____

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____ .

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II.  PARTIES

### A.  Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

_____

First Name          Middle Initial          Last Name

_____

Street Address

_____

County, City                    State                    Zip Code

_____

Telephone Number                    Email Address (if available)

## B.  Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:

First Name                      Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City                        State                    Zip Code

Defendant 2:

First Name                      Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City                        State                    Zip Code

Defendant 3:

First Name                      Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City                        State                    Zip Code

Page 4

Defendant 4:

First Name                    Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City                  State             Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence:

Date(s) of occurrence:

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

Page 5

---

---

---

---

---

---

---

---

---

## INJURIES:

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

---

---

---

---

## IV. RELIEF

State briefly what money damages or other relief you want the court to order.

---

---

---

---

## V.  PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| | |
|---|---|
| Dated | Plaintiff's Signature |

| | | |
|---|---|---|
| First Name | Middle Initial | Last Name |

Street Address

| | | |
|---|---|---|
| County, City | State | Zip Code |

| | |
|---|---|
| Telephone Number | Email Address (if available) |

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:

☐ Yes    ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.